THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARC R. REMENAR,<br><br>                Petitioner,<br><br>     v.<br><br>The Office of DANA SCARP, Attorney Admission Clerk for the United States District Court for the District of Western Washington at Seattle,<br><br>                Respondent. | CASE NO. C15-1892-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion for leave to file his appeal *in forma pauperis* (IFP) (Dkt. No. 19). Petitioner has already filed an appeal in this case, which ended in the Ninth Circuit affirming this Court's ruling. (Dkt. Nos. 14, 15.) As the Court has explained to Petitioner, this was a final decision and this case is thus fully resolved. (Dkt. No. 17 at 2.) In other words, this case is closed. The IFP motion (Dkt. No. 19) is DISMISSED as moot.

**<u>No further filings will be accepted in this case.</u>**

//

//

1     DATED this 2nd day of May 2017.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Paula McNabb</u><br>
Deputy Clerk

MINUTE ORDER
PAGE - 2